IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02758-REB-KLM

DOUGLAS ADAMS, and
GAYLE ADAMS,

    Plaintiffs,

v.

CLINE AGENCY, INC.,
ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY,
AMCO INSURANCE COMPANY, and
NATIONWIDE MUTUAL INSURANCE COMPANY,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Unopposed Motion for Leave to Amend Complaint Pursuant to F.R.C.P. 15(a)(2)** [Docket No. 10; Filed December 7, 2010] ("the Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Clerk of the Court shall accept Plaintiffs' Second Amended Complaint [Docket No. 10-1] for filing as of the date of this Minute Order.

    IT IS FURTHER **ORDERED** that Defendants shall answer or otherwise respond to Plaintiffs' Second Amended Complaint on or before **December 22, 2010**.

    Dated:  December 8, 2010