IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02758-REB-KLM

DOUGLAS ADAMS, and
GAYLE ADAMS,

    Plaintiffs,

v.

CLINE AGENCY, INC.,
ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY,
AMCO INSURANCE COMPANY, and
NATIONWIDE MUTUAL INSURANCE COMPANY,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Unopposed Motion to Vacate Scheduling Conference and to Reset Deadlines** [Docket No. 29; Filed January 4, 2011] ("the Motion"). In light of the Court's Minute Order [Docket No. 31] of January 4, 2011,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED as moot**.

    Dated: January 5, 2011