IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02758-REB-KLM

DOUGLAS ADAMS, and
GAYLE ADAMS,

    Plaintiffs,

v.

CLINE AGENCY, INC.,
ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY,
AMCO INSURANCE COMPANY,
NATIONWIDE MUTUAL INSURANCE COMPANY, and
LYNN MICHEL,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Motion for Leave to File Third Amended Complaint Pursuant to F.R.C.P. 15(a)(2)** [Docket No. 41; Filed January 21, 2011] (the "Motion").  Plaintiffs represent that Defendant Cline Agency, Inc. does not oppose the Motion.  Plaintiffs further represent that Defendants Allied Property and Casualty Insurance Company, Amco Insurance Company, and Nationwide Mutual Insurance Company stated that they were unable to take a position regarding the Motion prior to its filing.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that the Clerk of the Court shall accept Plaintiffs' Third Amended Complaint and Jury Demand [Docket No. 41-2] for filing as of the date of this Minute Order.

    Dated:  January 24, 2011