IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02758-WJM-KLM

DOUGLAS ADAMS, and
GAYLE ADAMS,

    Plaintiffs,

v.

CLINE AGENCY, INC.,
ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY,
AMCO INSURANCE COMPANY,
NATIONWIDE MUTUAL INSURANCE COMPANY, and
LYNN MICHEL,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiffs' Motion to Amend Scheduling Order** [Docket No. 84; Filed August 15, 2011] (the "Motion").  Despite the fact that the Motion is opposed, I may rule at any time after the Motion is filed.  *See* D.C.COLO.LCivR 7.1C. Pursuant to the Motion, Plaintiff requests an extension of the pleading amendment deadline until Plaintiff can depose Defendants' Fed. R. Civ. P. 30(b)(6) witnesses.  These depositions have not yet been scheduled.  While Plaintiffs have provided good cause for the extension, it is not the Court's practice to condition deadlines on unscheduled events. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED in part**.  The pleading amendment deadline set forth in the Scheduling Order [Docket No. 58] is extended to no later than **October 17, 2011**.

    Dated:  August 17, 2011