IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02758-WJM-KLM

DOUGLAS ADAMS, and
GAYLE ADAMS,

    Plaintiffs,

v.

CLINE AGENCY, INC.,
ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY,
AMCO INSURANCE COMPANY,
NATIONWIDE MUTUAL INSURANCE COMPANY, and
LYNN MICHEL,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiffs' Unopposed Motion to Amend Scheduling Order** [Docket No. 87; Filed September 16, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Order entered on March 7, 2011 [Docket No. 58] and amended on August 17, 2011 [Docket No. 86] is further modified to extend the following deadlines:

- Affirmative Expert Disclosure Deadline     **October 5, 2011**
- Rebuttal Expert Disclosure Deadline     **November 4, 2011**

Dated: September 19, 2011