IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02758-WJM-KLM

DOUGLAS ADAMS, and
GAYLE ADAMS,

    Plaintiffs,

v.

CLINE AGENCY, INC.,
ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY,
AMCO INSURANCE COMPANY,
NATIONWIDE MUTUAL INSURANCE COMPANY, and
LYNN MICHEL,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Unopposed Motion for Leave for Gayle Adams to Attend Settlement Conference by Telephone** [Docket No. 91; Filed October 13, 2011] (the "Motion"). Plaintiffs request an order from the Court authorizing Plaintiff Gayle Adams ("Ms. Adams") to attend the October 20, 2011 Settlement Conference in this matter by telephone.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Court reminds Plaintiffs that they must provide the telephone for Ms. Adams' appearance. Unless one has obtained a "green card," cell phones with cameras are not permitted in the courthouse. A green card may be obtained by contacting the Clerk's office.

    Dated: October 14, 2011