## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kristen L. Mix

| | |
|---|---|
| **Civil Action No.: 10-cv-02758-WJM-KLM** | **FTR** - Reporter Deck - Courtroom C-204 |
| | Byron G. Rogers United States Courthouse |
| **Date: November 4, 2011** | Courtroom Deputy, Monique Wiles |

| | |
|---|---|
| DOUGLAS ADAMS et al., | Kerri J. Atencio |
| **Plaintiff(s),** | |
| v. | |
| CLINE AGENCY, INC.<br>AMCO INSURANCE COMPANY<br>NATIONWIDE MUTUAL INSURANCE<br>  COMPANY<br>ALLIED PROPERTY AND CASUALTY<br>  INSURANCE COMPANY | Janet R. Spies |
| **Defendant(s).** | |

### COURTROOM MINUTES / MINUTE ORDER
**HEARING: TELEPHONIC DISCOVERY HEARING**
**Court in session: 10:34 a.m.**
Court calls case. Telephonic appearance of counsel.

This matter is before the Court regarding: **(1) Plaintiffs' Motion to Amend Scheduling Order [Doc. No. 96, filed 10/27/11]**, **(2) Plaintiffs' Motion for Extension of Time to Respond to Defendants' AMCO Insurance Company, Allied Property and Casualty Company and Nationwide Mutual Insurance Company's Motion for Summary Judgment [Doc. No. 98, filed 10/27/11]** and **(3) Plaintiff's Amended Motion for Extension of Time to Respond to Defendants' Motion for Summary Judgment [Doc. No. 101, filed 11/3/11].**

Counsel provide the background and basis of the discovery dispute. For reasons stated on the record,

**It is ORDERED:** Plaintiffs' Motion to Amend Scheduling Order [Doc. No. 96, filed 10/27/11] is **GRANTED**. The discovery deadline will be **extended until December 9, 2011.** The parties must make arrangements to conduct Ms. Thine's deposition on or

before December 9, 2011. In addition, the deadline for Plaintiffs to disclose an expert regarding Plaintiffs' alleged lost business opportunities and to provide an expert report is extended to **November 9, 2011.**

The Court *sua sponte* extends the deadline for Defendants to provide a rebuttal expert report, if any, with respect to this issue only, **until December 9, 2011.**

The Court *sua sponte* extends the dispositive motion deadline until **January 20, 2012.**

| | |
|---|---|
| **It is ORDERED:** | **Plaintiffs' Motion for Extension of Time to Respond to Defendants AMCO Insurance Company, Allied Property and Casualty Company and Nationwide Mutual Insurance Company's Motion for Summary Judgment [Doc. No. 98, filed 10/27/11]** is **GRANTED.** Plaintiff may respond to the motion for summary judgment up to two weeks after Ms. Thine's deposition. |
| | Defendants' reply, if any, will be made within 14 days after the filing of the Plaintiffs' response to the motion for summary judgment. |
| **It is ORDERED:** | **Plaintiffs' Amended Motion** [Doc. No. 101] is **DENIED AS MOOT.** |
| **It is ORDERED:** | The discovery deadline is also extended to **December 9, 2011** for the continued deposition of Plaintiff, Douglas Adams, for the sole purpose of exploring issues relating to the expert report which will be provided no later than November 9, 2011. |

HEARING CONCLUDED.

**Court in recess:   11:03 a.m.**
Total In-Court Time:    29 minutes
To order a transcript of this proceeding, contact Avery Woods Reporting at (303) 825-6119.