IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02758-WJM-KLM

DOUGLAS ADAMS, and
GAYLE ADAMS,

      Plaintiffs,

v.

CLINE AGENCY, INC.,
AMCO INSURANCE COMPANY,
NATIONWIDE MUTUAL INSURANCE COMPANY,
ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, and
LYNN MICHEL,

      Defendants.

---

### MINUTE ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on **Defendants AMCO Insurance Company, Allied Property & Casualty Company, and Nationwide Mutual Insurance Company's Amended, Partially Unopposed Motion for Extension of Time to Serve Responses to Plaintiff's First Set of Discovery Requests and in the Alternative, Motion to Allow Amendment of Responses to Requests for Admission** [Docket No. 112; Filed November 23, 2011] (the "Motion for Extension of Time") and on the **Joint Motion for Entry of Protective Order** [Docket No. 114; Filed November 25, 2011].

IT IS HEREBY **ORDERED** that the Joint Motion for Entry of Protective Order [#114] is **GRANTED**. The proposed Protective Order is accepted with interlineations and entered contemporaneously with this Minute Order.

IT IS FURTHER **ORDERED** that the Motion for Extension of Time [#112] is **GRANTED** as follows:

1.    Defendants AMCO Insurance Company, Allied Property & Casualty Company, and Nationwide Mutual Insurance Company shall respond to Plaintiff's First Set of Discovery Requests on or before **December 1, 2011**.

1

2.     Defendants AMCO Insurance Company, Allied Property & Casualty Company, and Nationwide Mutual Insurance Company's Responses to Plaintiff's Requests for Admissions served November 22, 2011, are **deemed timely served**. Although Plaintiff opposes this requested relief, the Court finds that no prejudice results from allowing this brief extension of time.

3.     The discovery deadline is extended up to and including **December 21, 2011**, for the sole purpose of completing Connie Thein's deposition.

4.     The briefing deadlines related to the pending Motion for Summary Judgment [#90] remain as set forth in the November 4, 2011 Order [#104].

Dated:  November 28, 2011