**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.  10-cv-02758-WJM-KLM

DOUGLAS ADAMS, and
GAYLE ADAMS,

    Plaintiffs,

v.

CLINE AGENCY, INC., and
LYNN MICHEL,

    Defendants.

---

**ORDER ADMINISTRATIVELY CLOSING THE CASE**

---

On July 10, 2013, Plaintiffs Douglas and Gayle Adams settled and dismissed their claims against the only active Defendants in this case, AMCO Insurance Company, Nationwide Mutual Insurance Company, and Allied Property and Casualty Insurance Company.  (ECF No. 196.)  As such, the only claims remaining in this case are those brought by the Adamses against the Cline Agency, who has not actively participated in this case since counsel withdrew in June 2011, and Lynn Michel, who is in default.  (ECF No. 72.)  Counsel for the Adamses has informed the Court that Plaintiffs no longer wish to pursue the remaining claims, but are having difficulty arranging dismissal due to a sale and possible bankruptcy involving the Cline Agency.

Given these developments, particularly the possibility that one of the remaining parties may be involved in a bankruptcy action, the Court hereby ORDERS that this

action be ADMINISTRATIVELY CLOSED pursuant to D.C.COLO.LCivR 41.2, subject to reopening for good cause shown.

Dated this 28th day of August, 2013.

BY THE COURT:

William J. Martinez
United States District Judge